UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LENA JEMMOTT,

                            Plaintiff,

        v.

FOX NEWS NETWORK, LLC,

                            Defendant.
-----------------------------------------------------------------x

16-CV-05091 (VSB)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the respective parties, that this action, having been amicably resolved, is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a), the parties to bear their own costs and attorneys' fees.

Dated: March 12, 2018

KRAKOWER DICHIARA LLC

By: _____
Todd Krakower
Michael DiChiara
77 Market Street, Suite 2
Park Ridge, NJ 07656
(201) 746-6333
Attorneys for Plaintiff

EPSTEIN BECKER & GREEN, P.C.

By: _____
Barry Asen
Barbara O'Brien Burke
250 Park Avenue
New York, NY 10177-1211
(212) 351-4500
Attorneys for Defendant

SO ORDERED:

_____
HON. VERNON S. BRODERICK  4/4/2018
UNITED STATES DISTRICT JUDGE

Firm:45615384v1